_____

No. 95-3598
_____

James Calvello,                         *
                                        *
        Plaintiff-Appellant,     *  Appeal from the United States
                                 *  District Court for the
     v.                          *  District of South Dakota.
                                 *
Yankton Sioux Tribe,             *          [UNPUBLISHED]
                                 *
        Defendant-Appellee.      *


_____

            Submitted:  June 13, 1996

               Filed:  June 24, 1996
_____

Before HANSEN, ROSS, and JOHN R. GIBSON, Circuit Judges.
_____


PER CURIAM.

     We dismiss this case for lack of federal jurisdiction without
prejudice to the appellant's pending state court action.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.